# Exhibit A

## UNITED STATES CAPITOL POLICE

Home  The Department  Careers  Media Center

Visiting Capitol Hill  Contact Us

Home » Visiting Capitol Hill » Official Business

# Couriers & Packages

Couriers are prohibited from making deliveries directly to the U.S. Capitol, U.S. House of Representatives, U.S. Senate, and Library of Congress. Couriers delivering sealed envelopes or packages to buildings in the U.S. Capitol Complex must do so via the Congressional Acceptance Site located at 160 D St. NE, Washington, DC 20510 (across the street from the U.S. Capitol Police Headquarters Building). Please note: The Congressional Acceptance Site cannot accept any perishable deliveries (e.g. flowers, food, drink, etc.).

The Congressional Acceptance Site will accept items from couriers with proper identification, (i.e., a valid driver's license). Monday – Friday, 8:30 a.m. – 5:30 p.m. When a courier makes a delivery to the Congressional Acceptance Site, each item will be logged-in (noting the date and time), x-rayed and screened for hazardous materials and substances. Packages no larger than 4" x 14" x18" will be accepted at the Congressional Acceptance Site for processing onsite. Larger packages delivered to the Congressional Acceptance Site will be redirected to an off-site mail processing center for inspection.

These procedures do not apply to United States Postal Service deliveries or deliveries from large commercial carriers such as Federal Express or United Parcel Service. Deliveries from these carriers will continue to be processed at the off-site mail processing center.

NOTE: A courier may make a delivery of up to 10 items at any one time. For any delivery over 10 items, please contact the Congressional Acceptance Site staff at (202) 224-5600 for additional guidance. Short-term parking for both cars and bikes is available at the Congressional Acceptance Site.

### Visiting Capitol Hill

Visitor Information

Official Business

Activities Requiring Permits

Regulations & Prohibitions



United States Capitol Police
119 D Street NE
Washington, DC 20510
(202) 224-1677
USCapitolPolice@uscp.gov

Accessibility  Copyright  Privacy  Tools