UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL DURBIN,<br><br>     Plaintiff,<br><br>  v.<br><br>KEVIN OWEN MCCARTHY<br>Speaker of the House of Representatives, et al.,<br><br>     Defendants.[1] | Civil Action No. 22-3222(CRC) |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move to dismiss this action under Federal Rule of Civil Procedure ("Rule") 12(b)(1). In support of this motion, Defendants submit the attached memorandum of points and authorities, two exhibits, and a proposed order.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/  Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7229
stephen.degenaro@usdoj.gov

February 27, 2023

---

[1] Although not entirely clear, the undersigned understands that Defendants are sued in their official capacities, and thus, the current Speaker of House is substituted as his predecessor. To the extent the Complaint asserts individual capacity claims, the undersigned do not represent any Defendant in their individual capacity. Should the Court deem the Complaint to include such claims, it should so clarify and permit any individual capacity Defendants to respond to the Complaint by a date certain, affording them an opportunity to seek and obtain representation. Defendants do not hereby waive any defense or defenses that may be available to any individual capacity defendants under Rule 12 or otherwise, including, but not limited to, insufficient or untimely service of process, lack of jurisdiction, and immunity from suit.