WILLIAM J. WALKER
SERGEANT AT ARMS

H-124 CAPITOL
(202) 225-2456

Office of the Sergeant at Arms
## U.S. House of Representatives
Washington, DC 20515–6634

**ORDER RESCINDING RESTRICTIONS CONCERNING ACCESS TO THE HOUSE OFFICE BUILDINGS COMMENCING AT 12:01 A.M. ON JANUARY 3, 2023.**

Pursuant to the authority vested in the Sergeant at Arms of the House of Representatives as the Chief Law Enforcement Officer, the Sergeant at Arms is authorized to issue an order temporarily closing the House Office Buildings if the Sergeant at Arms determines that such closing is necessary in order to assure the security or safety of persons in the House Office Buildings, or the preservation of peace or good order, and securing the House Office Buildings from defacement, and for the protection of public property therein,

Now, therefore, the Sergeant at Arms of the House hereby issues the following order:

Section 1. In accordance with the authority of the Sergeant at Arms, the Sergeant at Arms hereby declares all restrictions concerning access to the House Office Buildings promulgated from March 2020 to December 2022 are hereby rescinded. Restrictions that existed prior to such time period are unaffected.

Unless otherwise provided above, this regulation shall take effect on January 3, 2023 at 12:01 A.M.

Adopted this 29th day of December 2022.

William J. Walker
Sergeant at Arms
United States House of Representatives