## ORDER REGARDING REOPENING OF SENATE OFFICE BUILDINGS COMMENCING AT 8 A.M. ON JANUARY 3, 2023

Whereas Section 403 of the Senate Building Regulations authorizes the Sergeant at Arms of the Senate to assure the security or safety of the Members of Congress, the President of the United States, the Vice President of the United States, or any other person, the preservation of peace or good order, and securing the Senate Office Buildings Building from defacement, and for the protection of public property therein, and,

Whereas the Senate Office Buildings have remained temporarily closed since the order of the Sergeant at Arms of the Senate on May 16, 2020, and

Whereas the Senate Office Buildings were reopened on a limited basis starting on March 28, 2022, with expanded reopening as the security and staffing circumstances warranted,

Now, therefore, the Sergeant at Arms of the Senate hereby issues the following order:

Section 1. In accordance with the authority of the Sergeant at Arms of the Senate under Section 403 of the Senate Building Regulations, the Sergeant at Arms of the Senate, hereby declares that starting on January 3, 2023, the Senate Office Buildings shall, under this order, be reopened for regular business, consistent with the necessary operational and security precautions that must be taken to ensure the safety and security of Senators, staff, and visitors.

Section 2. If any individual who enters or remains in a Senate Office Building in violation of this regulation or other applicable rules, when ordered by any member of the United States Capitol Police to leave such Building, refuses or fails to immediately comply with such order, such refusal shall constitute an unlawful remaining in the building, subject to the criminal penalty provisions of 22 D.C. Code § 3302. For purposes of this section, the Chief of the United States Capitol Police is hereby designated as the person lawfully in charge of Senate Office Buildings for the purposes of Section 1 of this regulation.

All prior or other orders that are inconsistent with this order are hereby rescinded and revoked.

Unless otherwise provided above, this regulation shall take effect on January 3, 2023 at 8 A.M.

Adopted this 29th day of December 2022.

*[signature: Karen H. Gibson]*

The Honorable Karen H. Gibson
Sergeant at Arms
United States Senate