Ex. 1



# UNITED STATES HOUSE of REPRESENTATIVES

REPRESENTATIVES    LEADERSHIP    COMMITTEES    LEGISLATIVE ACTIVITY    THE HOUSE EXPLAINED

FIND YOUR REPRESENTATIVE
Enter your zip code:
LOOK UP

118th Congress, 1st Session  The House is not in session

## THE HOUSE EXPLAINED

Branches of Government

The Legislative Process

Officers and Organizations

Chaplains

Chief Administrative Officer

Clerk of the House

General Counsel

Historian

Inspector General

Law Revision Counsel

Legislative Counsel

Office of Congressional Ethics

Parliamentarian of the House

**Sergeant at Arms**

Open Government

History of the House

Legislative Branch Partners

## Sergeant at Arms

As an elected officer of the House of Representatives, the Sergeant at Arms is the chief law enforcement and protocol officer of the House of Representatives and is responsible for maintaining order in the House side of the United States Capitol complex. The Sergeant at Arms reviews and implements all issues relating to the safety and security of Members of Congress and the Capitol complex. The Sergeant at Arms also coordinates extensively with the U.S. Capitol Police and various intelligence agencies to assess threats against Members of Congress and the Capitol complex.

Duties include overseeing the House floor and galleries, the House Appointments Desk, the House garages and parking lots, as well as administering all staff identification badges.

The following divisions comprise the Office of the Sergeant at Arms:

- Immediate Office/Member Support
- Protocol and Chamber Operations
- House Garages & Parking Security
- Information Services
- Identification Services
- Police Services/Law Enforcement
- House Security
- Emergency Management

Learn more about the past and present Sergeants at Arms on the History, Art & Archives website.

## Contact information for the Office of the Sergeant at Arms:

Room H-124 US Capitol
202-225-2456
202-225-3233 (fax)
saamail@mail.house.gov

## Internal Website for the Office of the Sergeant at Arms:

The Office of the Sergeant at Arms maintains an internal website that is only accessible from inside the House campus.

http://saa.house.gov

Ex. 2

UNITED STATES SENATE

SENATORS  COMMITTEES  LEGISLATION & RECORDS  ART & HISTORY

Search

REFERENCE

Virtual Reference Desk

Statistics & Lists

Bibliographies

How To...

Glossary

Senate Organization

The Constitution

Procurement

Employment & Internships

Visiting

## Office of the Sergeant at Arms and Doorkeeper



Karen Gibson

The Sergeant at Arms and Doorkeeper, elected by the members, serves as the protocol and chief law enforcement officer and is the principal administrative manager for most support services in the United States Senate.

When the first Congress convened in 1789, the Office of Doorkeeper was established to address the single-most-pressing problem confronting the Senate at its birth—its inability to keep a majority of members in the Capitol long enough to organize and begin the business of government.

A doorkeeper was also necessary to control access to the Senate sessions, which were private for the first six years. Later, when the sessions were open to the public, the doorkeeper was responsible for maintaining order on the floor of the Senate and in the galleries. The title of Sergeant at Arms was added in 1798 to reflect the expanded administrative duties of the position.

The protocol responsibilities include escorting the president and other heads of state or official guests of the Senate who are attending official functions in the Capitol; making arrangements for funerals of senators who die in office; assisting in plans for the inauguration of the president and organizing the swearing-in and orientation programs for newly elected senators. The Sergeant at Arms leads the senators from the Senate to the House Chamber for joint sessions of Congress, to the presidential inaugural platform, or wherever the Senate may go as a body. As executive officer, the Sergeant at Arms has custody of the Senate gavel.

As chief law enforcement officer of the Senate, the Sergeant at Arms is charged with maintaining security in the Capitol and all Senate buildings, as well as protection of the members themselves. The Sergeant at Arms serves as the executive officer of the Senate for enforcement of all rules of the Committee on Rules and Administration regulating the Senate wing of the Capitol and the Senate office buildings and has responsibility for and immediate supervision of the Senate floor, Chamber, and galleries.

The Office of the Sergeant at Arms (SAA) is the largest in size of staff and budget in the Senate. It is responsible for all Senate computers and technology support services, recording and photographic services, printing and graphics services, and telecommunications services. The SAA also provides assistance to all Senate offices with their staffing, mailing, purchasing, and financial needs. The offices of the SAA that are responsible for providing these and other services include Capitol Facilities, the Operations Division, Customer Relations, Financial Operations, Human Resources, and Information Security. The SAA also shares responsibility for the U.S. Capitol Police, the Senate Page Program, the Senate Office of Training and Development, and the Capitol Telephone Exchange.

History of the Office of the Senate Sergeant at Arms

### Door Access Notice

Senate Office Buildings Door Map (In Session/Out Session)

US Capitol Building Door Map and Hours of Operation

### Contact Information

Sergeant at Arms and Doorkeeper
U.S. Capitol
Room S-151
Washington, DC 20510

**Ex. 3**

---

# Certified Mail to United States Senators

7 page letter; "My First Amendment Rights"; from Case No. 1:22CV03222 (CRC),
8 pages of Irreparable Injury. ECF No. 1 at 7-14. Requested Hall Pass from senators for John
Paul Durbin for entrance into United States Capitol Complex. Packet of 47 total pages.

---

Senator Kyrsten Sinema
20 E Ochoa St (Phoenix)                    Tucson AZ  85701-1915
**USPS: 7015 0640 0006 7707 4321**        **Returned; invalid address**

Senator Dianne Feinstein
2500 Tulare St Ste 4290                     Fresno CA  93721-1331
**USPS: 7015 0640 0006 7707 4338**        **February 22, 2023 11:42 a.m.**

Senator Chris Murphy
120 Huyshope Ave Ste 401                    Hartford CT  06106-2847
**USPS: 7015 0640 0006 7707 4345**        **Missing in Action: February 22**

Senator Tom Carper
12 The Circle                               Georgetown DE  19947-1501
**USPS: 7015 0640 0006 7707 4352**        **February 21, 2023 10:41 a.m.**

Senator Rick Scott
221 Palafox Pl Ste 420                      Pensacola FL  32502-5837
**USPS: 7015 0640 0006 7707 4369**        **February 21, 2023 10:45 a.m.**

Senator Mazie Hirono
300 Ala Moana Blvd Rm 3106                  Honolulu HI  96850-0052
**USPS: 7015 0640 0006 7707 4376**        **February 21, 2023 10:30 a.m.**

Senator Mike Braun
203 E Berry St Ste 702B                     Fort Wayne IN  20510
**USPS: 7015 0640 0006 7707 4383**        **Refusing to Accept/Sitting in Indiana**

Senator Angus King
227 Main St                                 Biddeford ME  04005-2411
**USPS: 7015 0640 0006 7707 4390**        **February 21, 2023 12:21 a.m.**

Senator Ben Cardin
114 S Washington St Ste 202                 Easton MD  21601-2962
**USPS: 7015 0640 0006 7707 4406**        **Missing in Action: February 21**

Senator Elizabeth Warren
1550 Main St Rm 406                          Springfield MA  01103-1429
**USPS: 7015 0640 0006 7707 4413**        **February 22, 2023 10:19 a.m.**

Senator Debbie Stabenow
1901 W Ridge St Ste 7                        Marquette MI  49855-2481
**USPS: 7015 0640 0006 7707 4420**        **February 24, 2023 12:32 p.m.**

Senator Amy Klobuchar
121 4TH St S (Minneapolis)                  ~~Moorhead~~ MN  56560-2613
**USPS: 7015 0640 0006 7707 4437**        **February 24, 2023 7:36 a.m.**

Senator Roger Wicker
330 W Jefferson St Ste B      Tupelo MS  38804-3936
**USPS: 7015 0640 0006 7707 4444**      **February 27, 2023 8:23 a.m.**

Senator Josh Hawley
555 Independence St  # 1600      Cape Girardeau MO  63703-6236
**USPS: 7015 0640 0006 7707 4451**      **February 22, 2023 2:18 p.m.**

Senator Jon Tester
8 3RD St E      Kalispell MT  59901-4573
**USPS: 7015 0640 0006 7707 4468**      **February 21, 2023 2:13 p.m.**

Senator Deb Fischer
120 E 16th St Ste 203      Scottsbluff NE  69361-3139
**USPS: 7015 0640 0006 7707 4475**      **Missing in action: February 23**

Senator Jacky Rosen
400 S Virginia St Ste 738      Reno NV  89501-2125
**USPS: 7015 0640 0006 7707 4482**      **February 21, 2023 11:30 a.m.**

Senator Bob Menendez
208 White Horse Pike Ste 18      Barrington NJ  08007-1322
**USPS: 7015 0640 0006 7707 4499**      **February 21, 2023 11:04 a.m.**

Senator Martin Heinrich
200 E 4th St Ste 300      Roswell NM  88201-6237
**USPS: 7015 0640 0006 7707 4505**      **Refusing to accept/sitting in New Mexico**

Senator Kirsten Gillibrand
726 Exchange St Ste 511      Buffalo NY  14210-1485
**USPS: 7015 0640 0006 7707 4512**      **February 17, 2023 12:09 p.m.**

Senator Kevin Cramer
220 E Rosser Ave Rm 328      Bismarck ND  58501-3869
**USPS: 7015 0640 0006 7707 4529**      **Missing in action: February 23**

Senator Sherrod Brown
200 W Erie Ave Ste 312      Lorain OH  44052-1600
**USPS: 7015 0640 0006 7707 4536**      **February 17, 2023 10:59 a.m.**

Senator Bob Casey Jr
17 S Park Row Rm B150      Erie PA  16501-1162
**USPS: 7015 0640 0006 7707 4543**      **February 21, 2023 11:19 a.m.**

Senator Sheldon Whitehouse
170 Westminster St Unit 200      Providence RI  02903-2109
**USPS: 7015 0640 0006 7707 4550**      **February 18, 2023 09:50 a.m.**

Senator Marsha Blackburn
10 Martin Luther King Blvd Fl 6      Chattanooga TN  37402-1836
**USPS: 7015 0640 0006 7707 4567**      **February 21, 2023 10:32 a.m.**

Senator Ted Cruz
200 S 10th St Ste 1603                          McAllen TX  **78501-4859 E!**
**USPS: 7015 0640 0006 7707 4574**          **Missing in action/sitting in Texas**

Senator Mitt Romney
196 E Tabernacle St Ste 14                      St George UT  84770-3474
**USPS: 7015 0640 0006 7707 4581**          **February 21, 2023 12:08 p.m.**

Senator Bernie Sanders
1 Church St Fl 3                                Burlington VT  05401-4451
**USPS: 7015 0640 0006 7707 4598**          **February 21, 2023 11:46 a.m.**

Senator Tim Kaine
9408 Grant Ave Ste 202                          Manassas VA  20110-1816
**USPS: 7015 0640 0006 7707 4604**          **February 21, 2023 1:37 p.m.**

Senator Maria Cantwell
920 W Riverside Ave Ste 697                      Spokane WA  99201-1008
**USPS: 7015 0640 0006 7707 4611**          **March 7, 2023 12:01 p.m.**

Senator Joe Manchin
230 Adams St                                    Fairmount WV  **26554-2826**
**USPS: 7015 0640 0006 7707 4628**          **February 17, 2023 11:00 a.m.**

Senator Tammy Baldwin
500 S Barstow St Ste LL2                         Eau Claire WI  54701-3608
**USPS: 7015 0640 0006 7707 4635**          **Returned/invalid address**

Senator John Barrasso
1575 Dewar Dr Ste 218                            Rock Springs WY  82901-5972
**USPS: 7015 0640 0006 7707 4642**          **February 27, 2023 1:03 p.m.**


**Shockingly:** the mailings to senators Murphy (CT), Cardin (MD), Fischer (NE), Cramer (ND), and Cruz (TX), simply "fell off the radar screen" at USPS, with no further updates after those packets went "missing" February 21, 22, 23.

Two United States senators, Braun (IN) and Heinrich (NM) have staff that has refused to accept this piece of Certified Mail; perhaps because they've been informed by other senators as to the contents, or the senator refuses out-of-state correspondence; or who-knows-what.

Ex. 4

# #FakeDebtCeiling

### Late appropriations 26 years-in-a-row; always hastily concluded.

# What we have isn't working

## You haven't been honest with us.
## You haven't done an honest job for the nation.
## You've cheated, while offering nothing but excuses:
## Every. Damn. Year!

*It has to end. Right now, as the 118th Congress begins. Let's see if the nation's political royalty, the United States senators whose seats will be on the November 5, 2024, ballot: let's see if you'll take the lead. Let's see if you will be honest with the nation. About the spending games of the last-26 years. About ten false Debt events, beginning with the Obama-Biden-McConnell spending-and-debt deal of August 2, 2011. That Debt event that ended the nation's 94-years-long tradition of an honest, stated Debt limit in the United States Code. In case you don't know, the limit has been stuck for the last eleven-years, six-months at $14.294 trillion, even as Treasury "lies" to the nation, pretending that there's a limit, we're at the limit of $31.382 trillion. Stuck: wondering what Congress will do?!?!*

*What was accomplished by Obama-Biden-McConnell? What happened to the $2.1 trillion dollars in "savings" House Republicans demanded in 2011, Mitch McConnell negotiated—where the heck did those saving go? On August 2, 2011, the Debt stood at $14.581 trillion. On August 2, 2021, Treasury was "holding" Debt at the "fake" limit of $28.428 trillion.*

*The legal Debt limit exists in only one place: the United States Code. And the dollar amount there—the only dollar amounts that can be there— are ones written/stated in "each bill," passed by Congress, signed by the president. That system worked for 94 years. The "code is still working," but the limit isn't. Because, with 10-straight false Debt events—Congress never "raised" the legal limit stated in the United States Code. Not once!*

*I say: the limit is still $14.294 trillion. That means that at least some of the nation's Bills, Bonds, and Notes aren't legal. Likely, they can easily be called into question in a court of law. And, if some of the nation's Debt isn't legal, there is a contagion, a "taint," extending to all of the Debt; a "moral hazard" for anyone holding United States "paper"; I wonder if anyone will sue the Treasury secretary. This situation cannot continue, but must be remedied: immediately! Let the national conversation begin, for what Americans want done! Senators: the ball is now in your court!*

### John Paul Durbin

### citizen-journalist-activist | Plaintiff/Petitioner

# Let's focus on the facts

## The basic facts about the Debt limit. For 94 years. For the last-12 years. Will you answer us? When?

1. **For 94 years the United States Code had a stated Debt limit.** Then: Obama-Biden-McConnell spending-and-debt deal in August 2011 destroyed that.

2. **The next Debt event, February 2013, was a bogus "suspension"** of a limit that no longer existed. The "No Budget, No Pay Act of 2013" had been a "one-off" *scam,* the first-of-seven "suspensions" of the now-fake Debt limit.

3. **Three more "suspensions" under President Obama; three under Trump.** Most suspensions came after unnecessary and lengthy delays that accomplished nothing but *upping the drama*—while providing the excuses—to act. Hastily!

4. **Over the last-12 years, the Office of Management and Budget** has dutifully, if dishonestly, updated its Table 7.3, showing the now-pretend limit for the national Debt. Concurrently, the Treasury Department provides a daily report: *Debt to the Penny;* it sounds impressive, statistical, and right-on-the-money for the level of the nation's Debt. Except: its reporting is at odds with what's in the United States Code. Go to the Treasury's website; scour it, trying to find the Stated Limit Allowed for the Debt of the nation. It's not there!!! I wonder why.

5. **Here's the deal: the language in the 2011 agreement was for specifics legal** by Treasury. If it was "legal"—it's likely that it was, in 2011–2012—that was for the briefest window in time. The "allowance" in that law went "away" once that $2.1 trillion in additional borrowings occurred; the law made *those borrowing legal*—nothing more. Those borrowing ended, December 31, 2012.

6. **The legal Debt limit exists in only one place: the United States Code.** And the dollar amount there—the only dollar amounts that can be there—are written, stated in "each bill"; the limit cannot be set or stated—after the fact. Is that a true statement? You need to answer that for yourself, today. Then, review the rest of these pages. You're not calling for an investigation. No need for an independent counsel—I've already done all that digging. But that's not the worst of it.

7. **What if some of the Debt: isn't legal?** Is that possible? You have no idea, since you didn't know about the #FakeDebtCeiling. Here's what you'd better do. Have your most trusted staffer (an attorney would be best) make a "back channel call" to one of the nation's premier Wall Street securities law firms; I call them the Wall Street *sharks.* Have your staffer explain the false-and-dishonest string of 10 Debt events, beginning with Obama-Biden-McConnell, the Sequester, the 2011 Budget Control Act (and its aftermath) that has left the United States Code (the law of the land) stuck at $14.294 trillion. What do they think? Is that a problem? Could some of the Debt be called into question? If that happened, doesn't it all become a house of cards, collapsing in upon itself. Ask them what they think you should do.

# <u>Senators: You didn't know this?</u>

## <u>Here's the "real" Debt limit. The only one!</u>

### Here's the secret, "hiding in plain sight" in the United States Code.

# United States Code

## TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

**§3101. Public debt limit**

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

The amount stated in the United States Code—$14.294 trillion; but then that odd legal phrasing: *may not be more than $14,294,000,000,000, outstanding at one time,* ***subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.***

<u>**But the Editorial Note states: reference to House Rules no longer applies.**</u>

<u>**And 'section 3101A' never—never—changed this limit!**</u>

***There's something "not right."*** Something Congress, or *its leaders—have been hiding!* Something *funny* began years ago that's become a monster. OMB Historical Table 7.3 (page 5) is next, but ***there's something "not right"*** there. There's the continued "march" of the limit as it rose to over $31 trillion: but **that's not what's** *in the United States Code.* From 1983 through 2010 the dollar amount in the Code *changed,* prominently so (page 6). But, then: never again. It was the August 2, 2011, Obama-Biden-McConnell spending-and-debt scheme that change everything: #FakeDebtCeiling. The most-recent OMB entries came from two "dollar additions" passed by Congress (with only Democrat votes), that pretended to add to a limit that hasn't existed—for the last-11 years.

# White House/OMB Historical Table 7.3

## Table 7.3 — STATUTORY LIMITS ON FEDERAL DEBT: 1940–CURRENT

(Dollar amounts in billions)

| | Statute | Date | Description | Limit |
|---|---|---|---|---|
| | Column A | Column B | Column C | Column D |
| 100. | 116 Stat. 734 | June 28, 2002 | Increased the debt limit to | 6,400.0 |
| 101. | 117 Stat. 710 | May 27, 2003 | Increased the debt limit to | 7,384.0 |
| 102. | 118 Stat. 2337 | November 19, 2004 | Increased the debt limit to | 8,184.0 |
| 103. | 120 Stat. 289 | March 20, 2006 | Increased the debt limit to | 8,965.0 |
| 104. | 121 Stat. 988 | September 29, 2007 | Increased the debt limit to | 9,815.0 |
| 105. | 122 Stat. 2908 | July 30, 2008 | Increased the debt limit to | 10,615.0 |
| 106. | 122 Stat. 3790 | October 3, 2008 | Increased the debt limit to | 11,315.0 |
| 107. | 123 Stat. 366 | February 17, 2009 | Increased the debt limit to | 12,104.0 |
| 108. | 123 Stat. 3483 | December 28, 2009 | Increased the debt limit to | 12,394.0 |
| 109. | 124 Stat. 8 | February 12, 2010 | Increased the debt limit to | 14,294.0 |
| 110. | 125 Stat. 251 | August 2, 2011 | Increased the debt limit to | 14,694.0 |
| 111. | | | Effective after September 21, 2011, increased the debt limit to | 15,194.0 |
| 112. | | | Effective after January 27, 2012, increased the debt limit to | 16,394.0 |
| 113. | 127 Stat. 51 | February 4, 2013 | Suspended the existing debt limit from February 4, 2013, through May 18, 2013, and prospectively increased the limit to accommodate the increase in such debt outstanding as of May 19, 2013. | |
| 114. | | | Effective May 19, 2013, reestablished the debt limit at | 16,699.4 |
| 115. | 127 Stat. 566 | October 17, 2013 | Suspended the existing debt limit from October 17, 2013, through February 7, 2014, and prospectively increased the limit to accommodate the increase in such debt outstanding as of February 8, 2014. | |
| 116. | | | Effective February 8, 2014, reestablished the debt limit at | 17,211.6 |
| 117. | 128 Stat. 1011 | February 15, 2014 | Suspended the existing debt limit from February 15, 2014, through March 15, 2015, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2015. | |
| 118. | | | Effective March 16, 2015, reestablished the debt limit at | 18,113.0 |
| 119. | 129 Stat. 620 | November 2, 2015 | Suspended the existing debt limit from November 2, 2015, through March 15, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2017. | |
| 120. | | | Effective March 16, 2017, reestablished the debt limit at | 19,808.8 |
| 121. | 131 Stat. 1139 | September 8, 2017 | Suspended the existing debt limit from September 8, 2017, through December 8, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of December 9, 2017. | |
| 122. | | | Effective December 9, 2017, reestablished the debt limit at | 20,456.0 |
| 123. | 132 Stat. 132 | February 9, 2018 | Suspended the existing debt limit from February 9, 2018, through March 1, 2019, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 2, 2019. | |
| 124. | | | Effective March 2, 2019, reestablished the debt limit at | 21,987.7 |
| 125. | 133 Stat. 1057 | August 2, 2019 | Suspended the existing debt limit from August 2, 2019, through July 31, 2021, and prospectively increased the limit to accommodate the increase in such debt outstanding as of July 31, 2021. | |
| 126. | | | Effective July 31, 2021, reestablished the debt limit at | 28,401.5 |
| 127. | 135 Stat. 407 | October 14, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000. | 28,881.5 |
| 128. | 135 Stat. 1514 | December 16, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117-50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000; (added to hybrid, fake amount, line 127) | 31,381.5 |

Line 109: Stated Debt limit U.S. Code, from 2010; Democrat control; passed with no Republican votes. No increase since changed the amount in the U.S. Code.

Line 110: This three-line stagger-step was the Budget Control Act of 2011 (the Sequester); three-step increases rolled-out over 6 months. These specific dollar amounts, though "stated" in the law, had "no effect" on the dollar amount in the U.S. Code. You wouldn't "know that," looking at the "dishonest" OMB table; you'd have to look in the U.S. Code!

Lines 113, 115, 117 & 119: Obama increases 5 thru 8 became law on one date, but increase "unknown" until later "stated" by OMB (some time after the "suspension" ended).

Lines 121, 123, 125: Trump increases 1 thru 3; the "gaming of the public" via this OMB Historical Table continued under Trump, just as it had played during the Obama-Biden years.

Lines 127, 128: Biden dollar amounts, "fake additions" to a non-existing limit; "gaming of the public" continued under Biden, just as it had played during the Trump years.

Table doesn't include 146 weeks "stuck" at expired, "fake" limit. 11 weeks (May to Aug. 2011); 5 weeks (Jan. 2013); 22 wks (May to Oct. 2013); 33 weeks (Mar. to Nov. 2015); 25 wks (Mar. to Sept. 2017); 9 wks (ending Feb. 2018); 22 wks (Mar. to Aug. 2, 2019); 11 wks (Aug. to Oct. 2021); 8 wks (Oct. to Dec. 2021);

This deceitful table at: https://www.whitehouse.gov/omb/historical-tables/ … without grey highlighting!

The following page shows the "listed dollar-amount amendments" to the Debt limit section of the U.S. Code; a 28-years run of "stated" Debt limit increases, from May of 1983 up to August of 2011. Then: the Budget Control Act of 2011 "pretended" to raise the Debt limit by $2.1 trillion, in three steps, beginning with line 110. But no increase after line 109: AFFECTED THE CODE. The Code is stuck at the 2010 increase. Yet every Debt event, beginning with the 2011 limit increase "failure," is listed at OMB referencing Treasury Department reporting—but those dollar amounts are *a fiction,* divorced from what's in the United States Code. This dishonesty needs to be answered. Will the members of Congress say: *I didn't know?* **But what of your leaders, surely—*they must have known.* Seven Debt events, beginning in 2013, only "suspending" the limit, until *two games in 2021* "pretended" to add money to a limit that wasn't real anymore. Yet the nation is supposed to believe that not a single leader—or member—knew any of this? Who's going to believe *that?*

— 25 —

# Here are those "stated amendments"

**Why did the "system" change? Why aren't the last-eleven years in the Code?
Debt limit increases had been stated through 2010, at $14.294 trillion.**

## United States Code

### TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

#### §3101. Public debt limit

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

## Amendments

**2011**—Subsec. (b). Pub. L. 112–25 substituted "<u>or as provided by section 3101A or otherwise</u>" for "or otherwise".

**2010**—Subsec. (b). Pub. L. 111–139 substituted "<u>$14,294,000,000,000</u>" for "$12,394,000,000,000".

**2009**—Subsec. (b). Pub. L. 111–123 substituted "$12,394,000,000,000" for "$12,104,000,000,000".

**2009**—Subsec. (b). Pub. L. 111–5 substituted "$12,104,000,000,000" for "$11,315,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–343 substituted "$11,315,000,000,000" for "$10,615,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–289 substituted "$10,615,000,000,000" for "$9,815,000,000,000".

**2007**—Subsec. (b). Pub. L. 110–91 substituted "$9,815,000,000,000" for "$8,965,000,000,000".

**2006**—Subsec. (b). Pub. L. 109–182 substituted "$8,965,000,000,000" for "$8,184,000,000,000".

**2004**—Subsec. (b). Pub. L. 108–415 substituted "$8,184,000,000,000" for "$7,384,000,000,000".

**2003**—Subsec. (b). Pub. L. 108–24 substituted "$7,384,000,000,000" for "$6,400,000,000,000".

**2002**—Subsec. (b). Pub. L. 107–199 substituted "$6,400,000,000,000" for "$5,950,000,000,000".

**1997**—Subsec. (b). Pub. L. 105–33 substituted "$5,950,000,000,000" for "$5,500,000,000,000".

**1996**—Subsec. (b). Pub. L. 104–121 substituted "$5,500,000,000,000" for "$4,900,000,000,000".

**1993**—Subsec. (b). Pub. L. 103–66 substituted "$4,900,000,000,000" for "$4,145,000,000,000".

**1990**—Subsec. (b). Pub. L. 101–508 substituted "$4,145,000,000,000" for "$3,122,700,000,000".

**1989**—Subsec. (b). Pub. L. 101–140 substituted "$3,122,700,000,000" for "$2,800,000,000,000".

**1987**—Subsec. (b). Pub. L. 100–119 substituted "$2,800,000,000,000" for "$2,111,000,000,000".

**1986**—Subsec. (b). Pub. L. 99–384 substituted "$2,111,000,000,000" for "$1,847,800,000,000".

**1985**—Subsec. (b). Pub. L. 99–177 substituted "$1,847,800,000,000" for "$1,823,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–475 substituted "$1,823,000,000,000" for "$1,573,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–342 substituted "$1,573,000,000,000" for "$1,490,000,000,000.

**1983**—Subsec. (b). Pub. L. 98–161 substituted "$1,490,000,000,000" for "$1,389,000,000,000".

**1983**—Subsec. (b). Pub. L. 98–34 substituted "$1,389,000,000,000" for "$400,000,000,000".

This run of a stated Debt limit began May 26, 1983, as Congress eliminated the distinction between permanent and temporary limits with the enactment of a single, permanent limit. That law raised the Debt limit to $1.389 trillion.

# Here are the games Congress played

## Here's what the media failed to report for the last-49 years

**1974: Congress "reset" the spending process** for itself and the administration in the *Congressional Budget and Impoundment Control Act of 1974.* That law spelled out a new, better organized and accountable annual budgeting and appropriation process for Congress, while placing limits on what the administration could and couldn't do with spending already passed into law.

**1983: Congress "reset" the nation's Debt**, declaring it all in *one pot*, eliminating the distinction between one part called "permanent" and a second portion labeled "temporary." With this Reagan-era reform all of the nation's Debt was called: *permanent*. What's laughable is that after *that change* there were 15 "temporary increases" in the level of the "permanent Debt" approved, as those silly games played throughout the Reagan, Bush 41, and Clinton administrations, from November 1985 through March of 1996.

**2011: Congress pretended to "raise" the Debt limit**, by $2.1 trillion, in an odd, complicated bill—which *did not raise the limit stated* in the U.S. Code. This was the Obama-Biden-McConnell spending-and-debt agreement known as The Sequester. The next Debt event . . .

**2013: February**—Congress approved a "suspension of the limit" for 14-weeks 5-days. The "scam" behind this event had been the "No Budget, No Pay Act of 2013." Each chamber passed its own Budget Resolution, and the stunt was over and done. FY2014 would still be 109 days late.

**2013–2019: Seven "suspensions"** of the 2010 Debt limit, February 2013 through August 2019. The 2019 Debt "suspension" came on *the exact anniversary* of the "failed" 2011 Obama-Biden-McConnell "increase" that began the mess; you can't make things like this up!

**2021: Democrats controlled both House and Senate.** Democrats were hellbent on passing the Build Back Better stimulus package, expecting to bypass a 60-vote Senate filibuster threshold using "budget reconciliation." But the Senate parliamentarian ruled that any budget resolution addressing the Debt limit must "state," with a specific dollar, the new Debt limit. A "curious" public spectacle played out over the second-half of 2021, as Senate leaders Chuck Schumer and Mitch McConnell—alone, without any input from any other members of Congress—"negotiated" between themselves (behind closed doors) for what was to come next on Debt. Democrats settled on pretending to "add" $480 billion (October) and $2.5 trillion (December): to *nothing,* since both bills referenced the August 2019 "suspension" that had not reset the limit (as all of the seven "suspension bills" had failed to do); Senate Republicans allowed this farce to proceed, without a filibuster, while pretending to be displeased by all of it.

**2023: the reporting of John Paul Durbin** shows that the *two attempts at fiscal reform, in 1974 and 1983, were abject failures.* Each failed, as Congress played dishonestly over the intervening 49 years. **The games became appreciably more dishonest** in the last-twelve years. Contributing to the failure: NO administration played "referee" on behalf of the public, insuring that the laws passed by Congress—were followed; *"enforced" by a president, as written and agreed to,* **following the stated timetable-and-rules for the passage of the annual spending—and for previously-agreed spending amounts and constraints.**

**Do you see how the elements of this story are interconnected?** The "can't-miss" story-line for the last-49 years? Congress played games when approving spending, then worked to hide its responsible for deficits and Debt. **It had been that carefully played public path that led to—the Fake Debt Ceiling.** And now, this is the crime against the nation—no one in Congress will admit having known. *But, that's not believable! Is it? Let Americans judge!*



# Debt Limit Resolution

## Congress shall take full responsibility to correct the Debt limit in the United States Code with this Resolution:

1. **Congress shall accept full responsibility** for the 11 years of *mistakes,* as its Debt actions listed below failed to change the legal, stated limit for the national Debt, in Title 31, Section 3101(a), Section 3101(b), and Section 3101A, having allowed the limit to remain stuck at $14.294 trillion, from its enactment in Public Law 111-139, February 12, 2010, a law that raised the limit from $12.394 trillion.

2. **Failure of Public Law 112–25,** effective August 2, 2011; passed by the House 269 – 161, passed by the Senate 74 – 26, did not raise the limit by $2.1 trillion as its language pretended it would, owing to Title III: Debt Ceiling Disapproval Process; *president certifies to the Congress need for more Debt, the limit is then raised by $400 million; if Congress does not vote to disapprove, a subsequent $500 million is added;* in further convoluted language $1.2 trillion was added. *This bill allowed Treasury to borrow $2.1 trillion, but never changed the stated limit.* Signed into law by President Obama.

3. **Failure of the following seven "Debt events,"** beginning February 4, 2013, and continuing through August 2, 2019, the Congress of the United States of America "suspended" the Debt limit, fully understanding that there was no legal mechanism at the end of each suspension that could change **the amount stated in the United States Code,** which has remained "stuck" at $14.294 trillion.

4. **Failure of Public Law 113–3,** effective February 4, 2013; House vote 285 – 144, passed by the Senate 64 – 34; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on May 18, 2013.* Signed into law by President Obama.

5. **Failure of Public Law 113-46,** effective October 17, 2013; House vote 285 – 144, passed by the Senate 81 – 18; **from the law:** *(b) Certification.--Not later than 3 days after the date of enactment of this Act, the President may submit to Congress a written certification that absent a suspension of the limit under section 3101(b) of title 31, United States Code, the Secretary of the Treasury would be unable to issue Debt to meet existing commitments.   (c) Suspension. -- (1) In general.--Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date on which the President submits to Congress a certification under subsection (b) and ending on February 7, 2014.* Signed into law by President Obama.

6. **Failure of Public Law 113-83,** effective February 14, 2014; House vote 221 – 201, passed by the Senate 55 – 43; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2015.* Signed into law by President Obama.

7. **Failure of Public Law 114-74,** effective November 2, 2015; House vote 266 – 167, passed by the Senate 64 – 35; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2017.* Signed into law by President Obama.

8.  **Failure of Public Law 115-56,** effective September 8, 2017; House vote 316 – 90, passed by the Senate 80 – 17; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on December 8, 2017.* Signed into law by President Trump.

9.  **Failure of Public Law 115-123,** effective February 9, 2018; House vote 240 – 186, passed by the Senate 71 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on March 1, 2019.* Signed into law by President Trump.

10.  **Failure of Public Law 116-37,** effective August 2, 2019; House vote 284 – 149, passed by the Senate 67 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on July 31, 2021.* Signed into law by President Trump.

11.  **Failure of the following two Debt events, coming in 2021,** as Congress pretended it was adding stated dollar amounts of additional, "legal" Debt. However, those dollar amounts were added to the Public Law 116-37, which had not stated any dollar amount. While the Treasury Department, the Office of Management and Budget, and the Congress of the United States of America have chosen to *pretend* that the Debt limit of the nation had been "reset" at the end of each "suspension" of the limit passed into law (those seven events listed above), no "certification" or any other official pronouncement is able, ***after-the-fact,*** to change *any dollar amount or language* in the United States Code; those changes only occur in bills passed by Congress and signed by the president.

12.  **Failure of Public Law 117-50,** effective October 14, 2021; House vote 219 – 206, passed by the Senate 50 – 48; **from the law:** *The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000.* Signed into law by President Biden. (House hid its final vote in H.Res.716; Roll no. 315)

13.  **Failure of Public Law 117-73,** effective December 16, 2021; House vote 221 – 209, passed by the Senate 50 – 49; **from the law:** *Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117–50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000.* Signed into law by President Biden.

14.  **Confusing language in the law:** §3101. Public debt limit: *"(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) may not be more than $14,294,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise."* **The reference to House Rules** in the law, per the Editorial Notes, suggests that this portion of the law no longer applies; further suggesting that it hasn't been "functional" for decades. **The reference 'by section 3101A or otherwise'** points to convoluted Public Law 112–25, effective August 2, 2011, that failed to raise the limit, but *allowed* the president and the United States Treasury to increase the legal borrowing unless disapproved by the Congress. But those actions, if "technically legal" from August 2, 2011, through December 31, 2012, have left the Congress, the president, and the nation in a "no man's land" as of January 1, 2013, that continues right up to—today!

15. **It is difficult to believe** that members of 118th Congress did not know that the legal Debt limit of the nation had been "obliterated" by the failure of the language and the provisions of the August 2, 2011, Obama-Biden-McConnell deal, Public Law 112-25. While some members of Congress may have been unaware of the defect in Public Law 112-25 over its 17-months duration," it is not believable that the seven, subsequent "Debt suspensions," from February 2013 through August 2019 had been passed by a Congress wholly unaware that a "stated Debt limit" no longer existed, especially when the language in the bills passed—for the first time in history—explicitly stated: ***shall not apply.*** Those seven, separate votes in the public record show how Congress intentionally defeated what had been the 94-year-old tradition of the United States of America having a stated, specific dollar amount for legal amount of indebtedness allowed—in law, in the U.S. Code. Further, the two pieces of Debt legislation enacted in the second-half of 2021 display a *curious break* in the previous pattern, but those Democrat changes, "pretending" to add additional dollars to *some limit,* ended up piled atop—*nothing.* No explanations can now correct these defects.

16. **"In consideration of our past failures** for the honest, timely, and public management of the nation's finances; in demonstration of our willingness to take full responsibility for our past votes, now that we have before us the reporting of our 11-years-plus record of failure, we do not think this is the time or place to eliminate what had been a 94-years tradition of a having a stated limit for the Debt of the nation. Therefore: we pass this resolution to clear away the existing, confusing language in the law, while taking full responsibility for a stated dollar limit for the indebtedness of the United States of America, reflective of the financial accounts of the nation today—without offering promises for future actions of any kind."

```
                One Hundred Eighteenth Congress
                            of the
                  United States of America

                    AT THE FIRST SESSION

      Begun and held at the City of Washington on Tuesday, the
        third day of January, two thousand and twenty-three

                           An Act

    To amend title 31 of the United States Code to increase the
    public debt limit.

    Be it enacted by the Senate and House of Representatives of
    the United States of America in Congress assembled,

             SECTION 1. CHANGE IN PUBLIC DEBT LIMIT.

    Subsection (b) of section 3101 of title 31, United States
    Code, is amended in its entirety, and inserting ``The face
    amount of obligations issued under this chapter and the face
    amount of obligations whose principal and interest are guar-
    anteed by the United States Government (except guaranteed
    obligations held by the Secretary of the Treasury) may not
    be more than $33,500,000,000,000, outstanding at one time.''
```

# <u>Take Responsibility!</u>

## Give us an honest and dramatic opening process, making it obvious to all: you work *for* the American people!

1. **If this "defect" between the U.S. Code and the intent of Congress is NO BIG DEAL: then FIX IT.** We all know that we're $31.4 trillion in Debt; what's so difficult about putting *that* into the law? Isn't the limit, today: ILLEGAL???

2. **We note of the effect of your games over 11 years: the Debt kept rising.** Your repeated "suspensions" of the limit: changed nothing. Every year you spent too much and every year the Debt kept rising while you pretended to be concerned, pledging that some day you would change some things to make it all better. That never happened.

3. **If this "defect" in the limit is a big deal, if the leaders had done this, alone: They need to take responsibility. But: you need to make it right. Honest.** Obviously, these leaders ~~must recuse themselves~~ *have to go!* How can they continue to lead? If they cannot, there's an important opportunity at hand—for the nation.

4. **Isn't the congressional seniority system a problem? It has rewarded** the wrong kind of people, given them too much power, and allowed them to remain in charge far too long. Wouldn't the nation be better served if each caucus has a public, televised debate and vote—*if* you replace your current leaders? Isn't the first challenge for the House, the Senate, Democrats and Republicans: building back trust by the American people in the institution of the Congress *and* in the people who lead it? Doesn't Congress —and the nation—need a clean break from the current, congressional seniority system, with leaders who played the same games for far too long? With your support! If only the financial crises facing the nation was limited to the Fake Debt Ceiling. The spending games of Congress over the last-47 years scream out how poorly you have served us. Sadly, how easily you pulled that off. Obviously, congressional leaders *appear* to bear most of the responsibility. But every-two years, 96 senators and 431 House members supported their leaders—and all of the games. On spending. On Debt. Cheating the American people out of honest, orderly, and accountable: public government.

5. **A new, public process must lead. Explain *that* to the American people.** Tell your constituents the importance of regular order—as the new/old standard. Explain to voters that there is no point voting for members of Congress if that isn't the standard for the passage of spending—and Debt: from now on. Especially: as this process begins!

6. **Do you really think you can excuse your way through what must come next?** Rush through some secret, backroom plan during the workday for most Americans, forcing them to find out for themselves—from this dishonest and corrupt media: what you did? I don't think that's going to fly with most Americans—not when you're having to take a vote to raise the limit from $14.294 trillion to $33.5 trillion—in a single vote!

7. **Are you so brazen to think you can promise**—future spending cuts, when your defense for the $17 trillion lie is: your incompetence, and corrupt leaders who hid this from you? Give us a three-part process. Explain and answer for the Fake Debt Ceiling. Pledge and pass FY2024 spending by September. October 2023: A Debt limit debate!



# HALL PASS

### for _John Paul Durbin_

## The 118th Congress. His access into the United States Capitol Complex

I, the undersigned United States senator, do hereby give **John Paul Durbin, citizen,** standing permission to enter any of the six congressional offices buildings of the United States Capitol Complex. He is to be accorded all respect and accommodation as is the standard practice of the Capitol Police and all other building staffers—for members of the general public. Further, I give **John Paul Durbin, citizen-journalist,** permission to enter the office buildings of the Capitol Complex; as a citizen-journalist, he is to be accorded all respect and accommodations of the Capitol Police force, for members of the "official, approved free press," if that may more readily accommodate his entrance and transit through the complex. I offer this written permission on this date, but it is to be in full force for the duration of the 118th Congress of the United State of America, through December 31, 2024. John Paul Durbin has my permission to be accompanied by up to five associates. If you wish to notify me of his presence upon his arrival at the complex, feel free to contact my office at that time.

_____          _____

**Date**

Senator: in addition to mailing this to me via United States Postal Service, your signature above indicates that you provided a copy of this to your sergeant at arms and the chief of the Capitol Police Department so that there will be no surprises, questions, disputes, or problems at any time in the future upon my arrival at the Capitol Office Complex. If you like, add the _Senate Gallery_ to the list of recipients so that they may be apprised of my status: not "in the club," but in the buildings. Feel free to mark up this pass, to reduce its duration or reduce the size of my entourage, if this troubles you. Will you extend to me, an Ohioan, _this written notice_ so that I may travel to Washington knowing that, without a doubt: I will be able to get into the building? Does that ask too much? Ah, but: I contend that I have a constitutional right to this access.



# My: First Amendment rights

*What about my First Amendment rights? Are they a real thing? Are they mine? What makes you think you-and-yours can restrict my use of them?*

**Two, extreme possibilities: I get in, because I ask. Because I want to. Because I say I have that right. Or: you find-and-use every excuse.**

Where is the line? Where are the lines? Which line? Who gets to say how and where I have the use of my First Amendment, constitutional rights, in the office buildings of the Congress of the United States of America: You? The leaders of Congress? The sergeants at arms? The chief of the Capitol Police and his legal counsel? Do you care about this issue? You haven't. And now I'm here, knocking on your door. I'm already suing the leaders of the 117th Congress: Speaker Pelosi, Majority leader Schumer, Minority leader McConnell, Minority leader McCarthy, both sergeants at arms, and the chief of the Capitol police; Case 1:22-cv-03222-CRC.

**My pending case against those defendants has barely begun its legal process.** But that suit has no bearing upon my request to you: *today.* I claim a First Amendment constitutional right, in February (or March or April, May or the remaining months of the year), to come to Washington. To be granted entrance into the public office buildings of the Congress of the United States of America. Do you know the current status of individuals seeking entrance into the buildings? To do what? Wander the halls. Go to congressional offices. Leave a piece of correspondence. Or pray aloud. Maybe I wish to speak with staffers. As a citizen, perhaps I wish to claim that *press right* in the Constitution *as my own;* to ask nosy questions; to leave written questions for you, senator; leave a copy of my current reporting, asking for your written response: if you choose to do so. John Paul Durbin, citizen, with a right to peaceably assemble in these public buildings. And, in my case, I might bring with me part-or-all of my formal: Petition For Redress—to Congress.

How would you like this to work? I write to you, as I am right now, asking nicely. Will you reply? Will you reply in the affirmative? Will you give me your signed, written approval for me to come into these public buildings? Graciously give me advanced notice, so that I may travel from Ohio to Washington, having the assurance of my ability to get into these public buildings—is that a reasonable request on my part? Do you know that *the current policy at the United States Capitol Complex is: I can't get in, without the permission of a member of Congress or their staff?*

Are you tone deaf? Do you understand my position? Where things stand today? Do you want to understand? Do you comprehend how unfair, probably illegal—based upon U.S. Code, and on my FIRST AMENDMENT, constitutional rights—how impossible my access to your office, to walk into your receptionist area? How impossible that would have been for me, last week? Last month? Last year? *You couldn't be more out of touch with the real America,* but I don't wonder why.

I know. People like me can't get in. Aren't wanted. It seems that the last thing that an imperial, dishonest and corrupt Congress wants is to allow in *this truth-teller,* who's screaming about a Fake Debt Ceiling and a $17 trillion lie. Why wouldn't you let me in? Because then I would have incontrovertible proof I was there; the reporting I left behind; the uncomfortable questions I'm putting to you directly, about the Debt limit. That wouldn't be good for business, would it?

This portion of the packet, "My First Amendment rights," is not merely a piece of written speech. *These are not rhetorical questions, but specific requests. Asking you to respond.* Tell me what you see are *your rights, duties, and prerogatives,* versus these humble requests of a citizen asking for *his constitutional rights to be honored.* By you. In writing. In advance. With specificity. It all seems to me to be fairly reasonable. To put these questions, these requests, to a United States senator. Most especially, when it's a citizen-journalist-activist who's asking. A citizen, currently suing the leaders of the 117th Congress. A citizen who wishes to present his Petition For Redress directly and personally to the offices of the members of the United States Congress.

## Let's go through my First Amendment rights

1. **Religion.** Do I have a right to silently pray *in the office buildings* of Congress? Do I have the right to offer a simple, public, vocal prayer *in the office buildings* of Congress? Do I have the right to come into the office buildings of Congress, for the sole, stated purpose of praying? For five minutes? Five hours? Am I allowed to pray in each of the six office buildings? Am I allowed in only once, to practice my religious beliefs in these public buildings? Once a week? Once a month? Is there an arbitrariness to the discretionary powers of staff and police to restrict my religious practice in these public buildings? Where are your written rules, regarding the constitutional, religious rights I claim to go into offices of members of Congress to offer a simple prayer? A public, vocal prayer for myself, in that moment, that I might be a humble servant of my maker; that I might bring my grace and peace and devotion, not only to my creator, but my devotion to my nation; as I ask for divine guidance for myself as I speak to the staff of the members of the United States Congress, and divine guidance for them, as they respond. Divine guidance, for the nation.

2. **Speech.** Do I have the right to publicly speak to staff of members of Congress? In person. In the lobby of each office building? In the corridors and hallways? Do I have a right to have that opportunity for speech in your receptionist's room? Do I have that right, only if you or another member of Congress chooses? Do I have that right, but only if granted by "my members of Congress?" Does that mean that one representative and two United States senators are the only people upon whom—*you say*—I have a right to ask and interact? Do I have the right to speak kindly and courteously to congressional staffers and members of Congress? Do I have the right to raise my voice? Am I allowed to contradict what is said to me by staffers and members of Congress? Are my written papers a form of speech? Do I have the right to personally deliver my "written speech" to members of Congress, or at least to their staffers? At the receptionist desk for a member of Congress? Is this an

unconditional right? Do I have to ask in advance, to exercise that right? Am I forced to do that by phone (and have no proof)? May I ask for your approval in writing? How much notice can I get, from the day I write and ask, until I choose to use it? How much leeway might I get, traveling from Ohio, to come within a couple weeks, or one month, or might it be an open-ended invitation? Am I allowed into the buildings on an arbitrary, case-by-case basis? Does my constitutional right of speech allow for me to go to only one office per day? One office per week? One office per month? Per year? And if I don't like it, I'll have to take it to court? That I travel over 400 miles from Ohio to Washington doesn't matter: I get one entrance per week? Per month? How convenient for you. How many pages of written speech am I allowed to bring? What I can carry under my arm? Or, if I am allowed in to see a lot of members, am I allowed to bring or use a cart to transport hundreds or thousands of pages of text throughout the buildings? Is that unreasonable? Who gets to say? What are the guidelines? Is there an appeal process? Where you always win?

3. **Press: "yours."** Forget about me, for a minute. Has the credentialed, congressional press covering Congress: Done a good job? Are they fair? Are they thorough? Do they ask good questions? Tough questions? Have they reported all that there is to know—that Americans *need to know?* About anything? Everything? Hey, how about the Debt limit? <u>Do you know what their credentialing process is?</u> Do you care? <u>Are you aware that the journalists already covering Congress control that process? Does that strike you as odd? Insular? Restrictive? *Unconstitutional?*</u> Something someone might rather easily challenge in federal court. Or challenge with great difficulty, in a suit against the Congress, for this oddly abusive and restrictive *guild practice* by your buddies in the press, operating with your consent. I can't be credentialed except by those correspondents already in the buildings, who have been providing the members of Congress with the comfortable coverage that you've become accustomed to. Is the "formal," "official," approved, recognized Washington congressional press corps: the first-and-last word for Congress, as you pretend that you have not placed any unconstitutional restrictions or barriers on the coverage of Congress by a free and fair and aggressive—***and independent media?*** *You think so. That's how we've arrived here.*

4. **Press: my constitutional right?** Am I delusional to think that I have a constitutional right to claim status as a member of the free press? Do I have a constitutional right to be in your buildings, every bit as much as the pretend journalists you like so much? Do I have the right to a badge? A photo ID? The easy access accorded these "institutional, official members" of the press, to travel throughout the buildings, to come and go as I please? Do I, John Paul Durbin, have a right to call myself a member of the free press? A right to bring written questions with me, to leave with your receptionist? Do I have the right to ask unpleasant questions? Do I have the right to leave behind my reporting, that serves as the basis for the uncomfortable questions that I am pressing you to answer? Am I refused membership in the "official press club" unless and until I affiliate with any of the approved corporations and entities already covering Congress? Do you think that restriction will

hold up in the federal court? Or you don't care because you don't care? Am I ineligible for a press pass until I publish my 800-page book? Will that qualify me for a badge, a photo ID, and easy transit and access through the Capitol Hill Office Complex? If my lawsuit(s), and blogging, and certified letters, and general decorum displeases you, am I out of my mind expecting you to yield? Ever? Only in court? You, personally: senator?

5. **Peaceable assembly.** I think that means: *Am I* allowed in the buildings? Are they *your buildings?* Do you get to say? Do you want that say? Do you want to hide behind your leaders, staffers, the Capitol Police, and let everyone else take the heat . . . so that you're not responsible for letting John Paul Durbin into the building (and heaven help you, what he might do?). Is this right the "magic key" for my use of the other-four rights? Are you ready to tell me that I have all these rights, but, but, but, but: sorry, not the way you want to use them. Think you can say that? Refuse to say? Refuse to answer me? Not reply to me in writing? Isn't it funny. You will take those other, four rights, and say the most wonderful things about them, then refuse to let *me* into the buildings. Let's see. You'll tell me that I'm free to go stand on a Washington street corner and scream to my heart's content. I'm free to bring a sign. Friends. March. Sing. Dance. Parade, if we get a permit. We can pray. Aloud. Really loud. We can sing religious songs. We can have a religious moment, then a bunch of speeches. We can claim to be the needed press, to report the stories we want told about a corrupt company town and a dishonest Congress. And you will say, of that street corner event of ours: not only was "that" *our right of petition for a redress of grievances*, but THAT WAS OUR RIGHT OF PEACEABLE ASSEMBLY. Funny, how this works. We pay for the buildings. We pay your salaries. We pay for everyone who works in the buildings, who are on the public payroll. We own it all, except for those inconvenient and uncomfortable rights we might want to claim, to trouble the comfortable, the insular, the stuck-and-staid Congress that doesn't give a damn what the American people want. No senator wants any self-described citizen-journalist-activist, who's already suing congress-ional leaders: in the buildings! Is it any wonder that nothing works well, in Washington. Most times, I'm a reasonable person. But reasonable people don't get the job done. Reasonable people aren't getting anyone in Congress, or the extended family of guardians at Capitol Hill: to let in someone who dares to ask so loudly for his constitutional rights. *Go to court, if you want those honored. And so I have. But I'm not waiting on that lawsuit.* My rights aren't tied to some date in the past, some event of minor or major importance. I have these right: today. Tomorrow. Next week and next month. And I will not rest until I am given my day on Capitol Hill. And if I must first win that *right* in court: so be it.

6. **Petition for a Redress of Grievances.** Nobody knows what this right is. What it can do. How to use it. What it might look like. How it might begin. Or progress. How it could be as important as the other four rights. Is the right of petition, strictly speaking, only applicable in writing? Who gets to say? How might the document look? How many pages? Is it "speech" by another name or can there be more to it than that? Who says? Perhaps

those elements are defined by whomever claims this right. Whomever prepares a document or an event and calls it a "petition for a redress of grievances." Ah, but then: What? How is it presented? To whom? In what manner? But, for an act of speaking truth to power: What if the powerful don't want the message? Won't let the petitioner in? Won't let the petitioner in: Where? Where the powerful are. Where the powerful work. Where the powerful hold power. Use their powers. And abuse them. In and at the place of their formal public actions and their regular ministerial duties. Don't tell me that I have the right of petition, but I must come, hat-in-hand, only to a local office. I'm free to mail it as I choose. You think we're dumb. We have been. **You do not want a public act of petition, defiance, dispute, protest, or speech: If you can't control it; limit it; limit its exposure, <u>to deny the act of petition its chance at public spectacle</u>, thereby eliminating its capacity to inform others.** I've called your offices. I've walked into your offices. I've come to your office buildings in Washington. I'm wise to your game. And why it is the way that it is. I have finally figured out the path that I must travel if I wish to have my rights honored. I know that the last thing you want is to grant me permission. In writing. Into your building. To deliver my formal Petition For Redress. I know why you resist. As I know why I demand of myself that I must push on. Legally. Peacefully. Reasonably respectfully. Without end.

7. **I have a basket of these five, First Amendment rights.** If I want in your buildings for a public-private prayerful act, do I have that right? If I want in your buildings to speak to staff, as a citizen, do I have that right? If, on Tuesday, I want to go to a few offices to speak, to pray, but leave no paperwork, do I have that right? But, should I choose to return on Thursday, to pray; to speak to people in the hallways; to go several offices, as that citizen, to speak out, to ask questions, do I have that right? Then, moments later, claim my status as a journalist, do I have that right? Am I playing a game with these questions, or am hoping to use my rights to their fullest possible extent? Up to some line, up to the call and restrictions of officials in your buildings? Out of an abundance of respect for my constitutional rights, shouldn't I be accorded all reasonable accommodations?

## I wonder if you foresee where this is headed

It's funny how we've arrived at this place. I began like any other citizen, wondering why our government in Washington was so screwed up. My musings eventually went to the page, suggesting a book. The book required lots of research. The story to be told became ever darker, more dishonest and corrupt, as I discover all of the games being played by Congress. Then the book demanded that it be more muscular. But, still, those efforts were not enough. A book, by an unknown author, by itself, was never going anywhere. I added specific structure to the book, calling the most egregious actions of Congress: articles of impeachment. But that was not enough. What was needed was a structured process for Congress to answer the charges. Ha, what a laugh; as if anyone could force such a thing upon the Congress of the United States of America. But, if I could dream it, then I could petition for that act, couldn't I? And there my course was set.