UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL DURBIN, )<br>)<br>    *Plaintiff,* )<br>)<br>    v. )<br>)<br>KEVIN OWEN MCCARTHY, Speaker of the )<br>House of Representatives, *et al.,* )<br>)<br>    *Defendants.* )<br>) | Civil Action No. 22-3222 (CRC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney B. Kathryn Debrason and remove the appearance of Assistant United States Attorney Stephen DeGenaro as counsel for all defendants in the above captioned case.

Dated: May 18, 2023
Washington, DC

Respectfully submitted,

 */s/ B. Kathryn Debrason*
PA Bar #321236
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2427
Kate.Debrason@usdoj.gov

*Counsel for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I caused a copy of Notice of Substitution of Counsel to be served by United States mail, postage prepaid, upon:

**JOHN PAUL DURBIN**
P.O. Box 66
Walhonding, OH 43843
(571) 250-0112
PRO SE

                                                   */s/ B. Kathryn Debrason*
                                                   B. KATHRYN DEBRASON
                                                   Assistant United States Attorney