LEAVE TO FILE GRANTED

*[handwritten signature]* USDJ

9/8/23

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN PAUL DURBIN,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:22CV03222 (CRC) |
| | ) | |
| **NANCY PATRICIA PELOSI, et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## PLAINTIFF'S REPLY IN FURTHER SUPPORT OF
## OPPOSITION TO MOTION TO DISMISS

Plaintiff's Complaint was never solely anchored upon COVID-19 restrictions in place at the United States Capitol Complex, whether October 2021 or October 2022. Thus, their now-current removal does nothing to speak to representations to the Plaintiff by congressional staffers in those October 2022 telephone calls that clearly suggested "behind the curtain" rules pertaining to "certain kinds" of public access; e.g.: visiting multiple offices (not allowed); no scheduled appointment or advanced approval from members of Congress or staff (not allowed).

Plaintiff is not asking the Court what the hours of access for the United States Capitol Complex are. Plaintiff is not asking for assurance that these buildings are "open to the public." Plaintiff seeks specific access. Plaintiff seeks to visit as many congressional offices as he chooses, not predicated upon approval by any member(s) of Congress, or any constraints by the House or Senate Sergeants-at-Arms, or any non-disclosed issue by the Capitol Police.

Plaintiff seeks to bring his written speech, as many pages as he wishes, visit as many offices as he chooses, over as many days as he deems necessary. This First Amendment right request by the Plaintiff may already be problematic, based upon the Capitol Police webpage: https://www.uscp.gov/visiting-capitol-hill/regulations-prohibitions/prohibited-items. Per that

RECEIVED
Mail Room

APR - 7 2023

Angela D. Caesar, Clerk of Court
US District & Bankruptcy Courts

webpage, prohibited times include: "Bags exceeding the size of 18" wide x 14" high x 8.5" deep." If Plaintiff seeks to visit all 100 United States Senate offices, with a 150-page document, and those documents fill 9 boxes 13" x 13" x 8.5": Will that be a problem or item of dispute between the Plaintiff and the US Capitol Police? Is it unreasonable to ask for this kind of specific written assurance in advance?

Not one defendant has communicated directly with the Plaintiff. No settlements were proffered nor any accommodations presented. None of the Plaintiff's concerns have been answered by any Defendant. Defense Counsel has not answered the specific concerns of the Plaintiff in any of its filing.

On Wednesday, April 5, 2023, citizen-journalist-activist John Paul Durbin mailed, by USPS Certified Mail, a three-page letter to congressional leaders. Exhibit 1. Included in that correspondence was a request for a written document, *Hall Pass*, for the unfettered admission of citizen John Paul Durbin into the United States Capitol Complex. Ex. 1 at 4. Included in that correspondence was a request for a written document, *Press Pass*, for the unfettered admission of citizen-journalist John Paul Durbin into the United States Capitol Complex as a member of the "working press," to be accorded all current considerations given to the *House and Senate Galleries,* the formal names for the accredited Capitol Hill Press Corps. Ex. 1 at 5.

The "bar" for Plaintiff's access into the United States Capitol Complex cannot be set by the current standards and practices by the Defendants. The standard for the Court cannot be what has been "easily accepted" by every other American. Has the Plaintiff made specific requests for his access? He has. Is there anything unreasonable in his requests? There is not. Has the Plaintiff made a reasonable request for that specific access to be committed to him in a written document, so that he can plan and commit to his visit to the United States Capitol Complex, knowing with complete assurance that his visit will go off without any unexpected

hindrances by members of Congress, staffers, building personnel, or members of the United States Capitol Police Department. He has.

Plaintiff reminds the Court that there are issues in this suit beyond Plaintiff's access into the buildings during normal business hours. Plaintiff has long been at work to report on the spending-and-debt games of the United States Congress. Plaintiff is not only a citizen seeking access, but a citizen seeking his personal-professional standing-and-access, by Congress, into the United States Capitol Complex, under the First Amendment of the United States Constitution, seeking status as a "protected" and acknowledged member of the "press." This is not a citizen presenting a hypothetical. It is a citizen-journalist-activist, who is the only "member of the press" attempting to report on the scandal of the Fake Debt Ceiling, and confront, as reporters must, members of Congress. This issue, alone, suggests a much closer consideration by the Court of this matter. It was not a "throwaway line" in the Plaintiff's original Complaint, seeking specific relief "credentials from the Capitol Police for a permanent badge-of-access, currently available to credentialed members of the corporate media." If the Capitol Police are not the appropriate credential-and-media-badge-dispensing office, then let Defendants and their Counsels sort that out and respond to this issue to the Court.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully request that the Court denies Defendants' Motion To Dismiss. This case is even more "live" than it was with Plaintiff's last Motion, and the Court still has jurisdiction.

Dated April, 5, 2023                    Respectfully submitted,

JOHN PAUL DURBIN

P.O. Box 66
Walhonding, OH 43843
(571) 250-0112
reverse-00-runtime@icloud.com

— 4 —

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Defendants'

Counsel, via Certifed Mail USPS, this 5th day of April, 2023, at the following address:


Stephen Degenaro
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-7229
Stephen.Degenaro@usdoj.gov

Alexander Schreiber
Special Assistant U. S. Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6754
Alexander.Schreiber@usdoj.gov

John Paul Durbin
Plaintiff

*Ex. 1*

**Representative Nancy Pelosi**
1236 Longworth HOB
Washington, D.C. 20515

April 5, 2023

Dear Representative Pelosi:

**I'm planning future travel from Ohio to Washington, D.C. I want into congressional office buildings** during normal business hours to deliver a printed version of my written speech—First Amendment rights, United States Constitution—to members of Congress. I want to deliver that to as many members as I wish, over as many hours and days as I choose, during normal business hours.

**Will you extend written permission to me—in advance—to exercise my First Amendment rights?** I contend that I have a constitutional right to be granted this access, *as I have requested.*

**As some of you may know, I am currently suing the leaders of
the 117th Congress: *Durbin v. Pelosi*, <u>Case 1:22-cv-03222-CRC.</u>**

**The issue at hand is access for John Paul Durbin—past, current, and future—into the United States Capitol Hill Office Complex.** The current, back-and-forth filings in this case:

- **Plaintiff's suit, *Durbin v. Pelosi*,** filed October 20, 2022 (Document No. 1). Plaintiff's contention: I was denied in-person access, October 27, 2021, and by the administrative procedures in place (per telephone conversations to Capitol Hill staff), October of 2022.

- **Defendants' Counsel's Motion to Dismiss,** February 27, 2023. (Document No. 6). Covid-19 restrictions have been lifted; cites Capitol Police webpage for public hours; attached exhibits cite orders by both Sergeants-at-Arms, *lifting Covid-19 restrictions.*

- **Plaintiff's Opposition to Motion to Dismiss,** March 20, 2023. (Document No. 8). Plaintiff notes odd, vague language by both Sergeants-at-Arms hinting of restrictions in place; the Senate ultimately defers all decisions on building security and access to the Chief of the Capitol Police; Plaintiff points to the lack of specificity at the webpages for the Capitol Police. Plaintiff raises a list of numerous questions regarding access in general, along with a specific hypothetical. Plaintiff mailed a February 14, 2023, letter to all 33 senators whose seats will be on the November 2024 ballot; only 24 were delivered; of those senators: not a single response. Plaintiff may wish to come to Capitol Hill to deliver a 150-page document to all 100 United States senate offices: Would that be possible? To date: no one has said.

- **Defendant's Counsel's Reply to Opposition to Motion,** March 29, 2023. (Doc. No. 10). Nothing new was said; instead, an obsessive focus and recitation of the *lifting of Covid-19 restrictions*, which ignores arguments from Plaintiff's *Opposition to Motion to Dismiss.*

— 1 —

**I'm not waiting on the court. I say: you can't delay, either.**

I am writing, requesting specific access for myself for some time in the future, into the United States Capitol Office Complex. This request is not *necessarily* tied to this case, and I, John Paul Durbin, need not *stand down* and await actions or answers by this court. As an American citizen, I am entitled to have this matter answered by you: immediately. By the individual recipients of this letter. Unfortunately, in the many ways that Congress conducts itself and administers its buildings, it's easy for any one individual to say one thing, or pretend that there are no barriers of access, when the final verdict may come from another quarter, and be the exact opposite of what others have stated. That is why I am requesting written approval in advance so that I may know with confidence that I may have the access that I seek. Or that I am forced to pursue that by other means.

**Defendants' Counsel**, in court documents No. 6 and No. 10, **makes non-binding representations regarding Plaintiff's current and future accessibility** into the Capitol Hill complex. **It's not good enough for me. I want express, written access, directly from members of Congress** and its controlling functionaries. I am not so foolish to plan and commence an involved trip from Ohio to Washington, coming with documents, unsure of my unfettered access into the United States Capitol Complex. If my past efforts at contact with members of Congress are any guide, *this* written request will be met with silence. Of course, I can always bring another suit. Or raise these matters in the case *now pending*—assuming that it is still a "live case," still pending before Washington, District of Columbia, Federal District Judge Christopher Reid Cooper.

**You might ask: What's all *this fuss* about, anyway? Why won't John Paul Durbin accept** the friendly representations of Defense Counsel; the current, public pages of the Capitol Hill Police Department, for Capitol Hill access? *A lack of trust, on my part; I don't trust any of you; I don't trust your webpages. I don't trust casual representations by Defense Counsel. Why this lack of trust?*

For starters, I've been to Capitol Hill, and I was denied access into congressional offices buildings. I've called the public staff, asking specific questions, getting vague and evasive answers or outright rude and dismissive responses. I filed suit against leaders of the 117th Congress, October 20, 2022. No one, no defendant nor defense counsel, has reached out with any specific, written settlement offer or any kind of accommodations. I wrote a February 14, 2023, letter to all 33 senators whose seats will appear on the November 2024 ballot; only 24 were delivered, with not a single reply. And part of what was requested in that mailing to those senators was an earlier version of my *Hall Pass*.

**Why has all of this been this difficult? Do you people have something to hide?**
I think you do. I think we all know the scandals that I am in the process of reporting, at the same time, as a citizen-activist, I'm confronting Congress. It's: #FakeDebtCeiling. A $17 trillion lie, sitting in the United States Code, Title 31 section 3101(a), (b), 3101A. The Debt limit of the nation, clearly stated there: $14.294 trillion, from February 12, 2010. **Ten false Debt events since then.**

**Congressional leaders have been and are still lying to the nation.** The members of Congress have been hiding behind the most corrupt congressional leaders in the history of the republic. Lying about the status of the nation's Debt. Matched to 26 years in a row of late appropriations, always hastily concluded. **There are no functioning, honest, and effective—*checks and balances*** working anywhere within the comfortable club of the Congress of the United States of America.

**But: it gets worse. Your media, the famous, legacy media** (including all those who currently hold official press credentials accorded the "comfortable media" pretending to cover Congress) has been part of hiding this scandal from the nation. I know, I know: no one is going to believe this crazy version of reality. Until the scandal breaks. Until financial markets vote on the $17 trillion lie; what Congress thinks it can do; either work a "rush job to make it legal" or do away with it completely. Something tells me that financial markets aren't going to like any of that. But, let us not worry of those things, today. Let's get back to my specifics. My requests.

**I want written permission, extended in advance,** for my unfettered admission into the United States Capitol Complex. Further, **I am requesting that congressional leaders and members of Congress extend to me "press credentials,"** owing to the unprecedented elements of a citizen-journalist-activist | Plaintiff/Petitioner, who is currently reporting a scandal that the credentialed Capitol Hill press corps is actively hiding, at the same time that citizen-journalist-activist is suing congressional leaders for his access into the United States Capitol Complex.

For the benefit of all, I'm enclose pages 6 & 7 of my February 14 letter to senators (also pages 6 & 7 in this April 5, 2023, document); I think those pages sums things up rather well, *from my perspective*. And, of your perspective: you don't want me in the buildings; you won't give me written permission in advance; you hope and expect that I do not win anything definitive regarding my access into *your office complex*—in federal court. Lastly: there's no way you'll consent to giving me press credentials and you think that there's no possible way I can win *that* in federal court.

But, if by chance, I win access in federal court: I guess you think I can come to Capitol Hill; bring whatever documents I want; go to as many congressional offices as I choose to distribute my diatribe: and there's still no scandal, *here*. Well—let's see whose version of the future wins *that day.*

Radically, but respectfully yours—

<u>April 5, 2023</u>

**Date**                                                                        **John Paul Durbin**

<u>Recipients:</u> House: *McCarthy, Scalise; Jeffries, Clark, Aguilar, Pelosi, Hoyer, Clyburn; William McFarland.* Senate: *Schumer, Durbin, McConnell, Thune, Barrasso, Cornyn; Karen Gibbon.* Capitol Police Chief: *J. Thomas Manger.*

# HALL PASS

### for *John Paul Durbin*

## The 118th Congress. His access into the United States Capitol Complex

I, Representative Nancy Pelosi, give **John Paul Durbin, citizen,** standing permission to enter any of the six congressional offices buildings of the United States Capitol Complex during regular business hours. His right of entry, time allowed in all of the buildings, his access to as many offices as he chooses for each day he presents himself—shall not be impeded or restricted by the Capitol Police or any congressional or other building staffers. There shall be no restrictions upon the number of pages of his written speech (First Amendment, United States Constitution) that he brings with him, nor any restrictions upon his delivery thereof to as many congressional offices as he chooses, during normal business hours: *House Office Buildings (Cannon, Ford, Longworth, Rayburn) Open to the public Monday – Friday, 7:30 a.m. – 7:00 p.m. (Doors close at 5:00 p.m. when House is in recess) | Senate Office Buildings (Dirksen, Hart, Russell) Open to the public Monday – Friday, 7:30 a.m. – 8:00 p.m. (Doors close at 6:30 p.m. when Senate is in recess).* This blanket permission by me shall supersede any-and-all restriction by the Senate Sergeant-at-Arms, the House Sergeant-at-Arms, or the rules, regulations, and procedures of the Capitol Police, should those policies and their enforcement limit citizen Durbin's access during normal business hours. I offer this written permission on this date, in full force for calendar year 2023, through December 31, 2023. John Paul Durbin has my permission to be accompanied by up to three associates. If you wish to notify me of his presence upon his arrival at the complex, feel free to contact my office at that time.

_____                    _____

**Date**                                                              **Nancy Pelosi**
                                                                        **Representative**

Signatory: in addition to mailing this to me via United States Postal Service, your signature above indicates that you provided a copy of this to the House and Senate Sergeants-at-Arms and the chief of the Capitol Police Department so that there will be no surprises, questions, disputes, or problems at any time in the future upon my arrival at the Capitol Office Complex. Will you extend to me, an Ohioan, *this written notice* so that I may travel to Washington knowing, without a doubt, that I will be able to get into the Capitol Hill Office Complex? Does this ask too much of you? I warn you: I believe that I have a constitutional right to this specific access.

John Paul Durbin.   P.O. Box 66  Walhonding, OH  43843-0066

— 4 —

# PRESS PASS

## for _John Paul Durbin_

### The 118th Congress. His access into
### the United States Capitol Complex

I, Representative Nancy Pelosi, do hereby grant **John Paul Durbin, citizen-journalist-activist,** my personal-professional (as a member of Congress/or subordinate) imprimatur as a member of the "free press," in good standing, and entitled to all of the access, accommodations, and rights for "credentialed members" of the Capitol Hill press corps. This shall include standing permission for him to enter any of the buildings of the United States Capitol Complex during regular business hours. His right of entry, time allowed in the buildings, his access to as many offices as he chooses for each day he presents himself—shall not be impeded or restricted by the Capitol Police or any congressional or other building staffers. There shall be no restrictions upon the number of pages of his _written speech,_ whether questions for members or his reporting and commentaries. I offer this written permission on this date, in full force for both sessions of the 118th Congress, through December 31, 2024.

_____          _____

**Date**                                                                          **Nancy Pelosi**
                                                                                    **Representative**

Signatory: in addition to mailing this to me via United States Postal Service, your signature above indicates that you provided a copy of this to the House and Senate Sergeants-at-Arms and the chief of the Capitol Police Department so that there will be no surprises, questions, disputes, or problems at any time in the future upon the arrival at the Capitol Office Complex by John Paul Durbin, citizen-journalist-activist.

John Paul Durbin.  P.O. Box 66  Walhonding, OH  43843-0066

## Americans will now demand: a radically public process!

Imagine, as the scandal breaks, everyone in Congress is on the opposite side of the street from me; *the Debt limit is real, it's $31.382 trillion, and we're fighting over whether Republicans are going to hold the nation hostage, demanding spending cuts, blah blah blah blah.* As the scandal breaks, *imagine* that's the version of the story *your media* is pretending *is real.* You are all, all wet. **Not one of you took the five minutes I did to look in the Code. I say: all of you knew exactly what was going on.** I don't care what excuses or explanations you serve up. *America might.*

No one in Congress has shown any intelligence, flair, imagination, or commitment to—**honest, transparent, orderly, calm, deliberative, and accountable: public government.** Not a single media temple, no news corporation, not one reporter, none of the sly editors, no unaccountable media owner, not a well-paid columnist, famous talking head, or engaging radio entertainer came anywhere close to the truth. Or: demanding any accountability of Congress. **Late appropriation for 26 straight years. Then, spending always rushed to a hasty conclusion. Debt games that mirrored the same: a dishonest, organized/disorganized-looking strategy—always rushed to a hasty conclusion. Ten false Debt events over twelve years.** And now, a 67-year-old rookie reporter with no known contacts in Washington or on Wall Street: looked in the Code. Connected the dots. Put before senators the scandal of the $17 trillion lie that must be fixed—immediately. But you want us to believe that no one in Washington "knew" of these deep, dark secrets?!

**Do you know what you people aren't good at? Much of anything,** other than putting on a trite, convincing show for tired, depressed, disorganized, dispirited, anxious American citizens—too many who continued to vote for this mess. I hope those Americans will now demand answers—from you. Of course, that's if any senators have decided that the nation has reached a break point.

**There can be only one path ahead. A radically public process.** I know that you, your colleagues, every last member of Congress would never offer that to the nation. But, with this scandal, I say—you will have no choice.

Let me into y*our buildings.* Mail to me, by a trackable mailing via the United States Postal Service: my *Hall Pass;* your approval for me to come to Washington, enter your buildings, give you the full packet I've prepared. Then decide—whether, when-and-how you'll *deign* to answer the nation.

*I dare you.* **I dare you to let me in. I dare you to refuse.** Either way, eventually, I *will* put my case before my fellow Americans. For them to judge *who did what. And when.* And *why.* And: how.

More than the nation's finances are at stake. The honesty and integrity of Congress. Trust in government. **Your moral authority—***to do anything!*

### Based upon your record—no one should trust you.

Your public service has been appalling. **Your crimes against the nation, now so obvious to all, had been well-hidden by a supportive media** that, hopefully, the nation will never trust again.

## 2023: the most public year of government—ever!

- An orderly public Debt limit debate at the start of this national scandal. *February.*
- Answer for your 12-year spending-and-debt record; what you did and didn't do. *February.*
- Unprecedented, orderly public passage of Fiscal Year 2024 spending. *Summer.*
- **October:** *the nation debates* whether **we need a stated Debt limit—to keep you honest.**

For FY2024, Congress must present some of its most important deliberations (Defense; Labor/ HHS/Education) in prime time, so citizens can see and hear for themselves what you do. As part of your February presentation to the nation, Congress *will pass a joint resolution, pledging* to pass FY2024 spending in 12 bills, on time, by regular order. Commit to getting that done before the end of this September. Say: How about by September 22, 2023? **Getting annual spending honestly and publicly completed before its due date, for the first time since September 30, 1996.**

Because of this dire legal-financial crisis, I predict **Congress will be forced to immediately raise the stated Debt limit to $33.5 trillion—before you speak to the nation.** That's why you must review your entire, sorry financial record of the last 12 years (I have prepared that summary). Americans need to understand the dishonest and corrupt games you played. Games, that this media helped hide. These explanations call out for radically public government. A public process, where ordinary Americans see and hear for themselves your spending deliberations. To see that spending is honestly done. To hear the tough choices made, passed by a majority vote, one bill at a time. **No more rush. No more secret spending deals. No more monster spending bills.**

It's the only way. **The good and decent moral values of ordinary Americans have counted for nothing in this corrupt Washington,** this bastard republic, your Emerald City of deceit. There is only one answer. Public. A public process, with the public watching and listening. **Legislators, well aware of the ire of Americans who pay the taxes,** who have been saddled with all of this sneaky Debt you piled upon them. NO MORE! Unless I'm wrong. Unless American citizens would rather trust the authors of the $17 trillion lie to spin a better yarn than the public path suggested by self-appointed special prosecutor, the only real reporter in America honestly and completely covering a dishonest and corrupt Congress. A citizen-journalist-activist, who has laid out a reasonable path for—**honest, transparent, orderly, calm, deliberative, and accountable: public government.**

**I say: you have no moral authority to do anything other than answer the charges against you.** In the ultimate court of public opinion: from the floor of the House of Representatives, and from the United States Senate. In prime time. Live, before the nation, on the big-four broadcast networks.

I say: **you will give us public government, or** *we will have* **a revolution.**

**John Paul Durbin**

**citizen-journalist-activist | Plaintiff/Petitioner**