**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JOHN PAUL DURBIN**,

        Plaintiff,

        v.

**NANCY PATRICIA PELOSI,** *et al.*,

        Defendants.

Case No. 22-cv-3222 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [Dkt. No. 6] Defendants' Motion to Dismiss is GRANTED.

This is a final appealable Order.

**SO ORDERED**.

                                       _____

                                       CHRISTOPHER R. COOPER
                                       United States District Judge

Date:   September 11, 2023